# Court of Appeals
# of the State of Georgia

ATLANTA, May 28, 2019

*The Court of Appeals hereby passes the following order*

**A19I0247. SANDRA KAY HUNTER, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF KASEY LYNN WELCH, DECEASED v. LOWNDES COUNTY HEALTH SERVICES, LLC d/b/a PARKWOOD DEVELOPMENTAL CENTER.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of State Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

2017SCV0456



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, May 28, 2019.*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*